Opinion issued July 24, 2008














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-01118-CR

____________


GUILLERMO RODRIGUEZ, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 185th District Court 

Harris County, Texas

Trial Court Cause No. 1123361






MEMORANDUM OPINION

 On July 14, 2008, appellant, Guillermo Rodriguez, filed a motion to dismiss
the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 Any pending motions are denied as moot.

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).